IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RICHARD ALAN DAVIS
ADC # 89568                                                                       PLAINTIFF

v.                              No. 5:13-cv-351-DPM-JJV

RAY HOBBS, Director, ADC; CURTIS
MEINZER, Deputy Warden, Varner, ADC;
MAURICE CULCLAGER, Chief Security
Officer, Varner Unit, ADC; JOE PAGE, III,
Deputy Warden, Varner Unit, ADC; BENNY
MAGNESS, Chairman, Board of Corrections;
JAMES BANKS, Warden, Varner Unit, ADC;
MARK STEPHENS, Shift Commander, Varner
Unit, ADC; and WILLIE C. BANKSTON,
Lieutenant, Varner Supermax Unit, ADC                                DEFENDANTS

ORDER

Opposed recommendation, № 6, adopted with some clarifications. FED. R. CIV. P. 72(b)(3). Davis's amended complaint names only Meinzer and Bankston as defendants. № 4 at 2. All claims against Hobbs, Culclager, Page, Magness, Banks, and Stephens—who were named in the original complaint—are therefore dismissed without prejudice. For the reasons explained by Judge Volpe, Davis's due-process claims against Meinzer and Bankston fail and are dismissed without prejudice. What remains is a retaliatory-treatment claim against Meinzer.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

18 March 2014