IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**RICHARD ALAN DAVIS**　　　　　　　　　　　　　　　　　　　PLAINTIFF
**ADC #89568**

v.　　　　　　　　No. 5:13-cv-351-DPM-JJV

**CURTIS MEINZER, Deputy Warden,**
**Varner Unit, ADC**　　　　　　　　　　　　　　　　　　　　　DEFENDANT

### ORDER

After *de novo* review the Court adopts Magistrate Judge Volpe's recommendation. № 58. Davis's objections, № 61, are overruled. Meinzer's motion for summary judgment, № 49, is granted. An *in forma pauperis* appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

9 December 2014