IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**RICHARD ALAN DAVIS**  **PLAINTIFF**
ADC #89568

v.                                    No. 5:13-cv-351-DPM

RAY HOBBS, Director, ADC; CURTIS
MEINZER, Deputy Warden, Varner Unit, ADC;
MAURICE CULCLAGER, Chief Security
Officer, Varner Unit, ADC; JOE PAGE, III,
Deputy Warden, Varner Unit, ADC; BENNY
MAGNESS, Chairman, Board of Corrections;
JAMES BANKS, Warden, Varner Unit, ADC;
MARK STEPHENS, Shift Commander, Varner
Unit, ADC; and WILLIE C. BANKSTON,
Lieutenant, Varner Unit, ADC                               **DEFENDANTS**

## JUDGMENT

Davis's amended complaint is dismissed with prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

9 December 2014